UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CIVIL ACTION NO: 4:10-CV-01229-CWH

| | | |
|---|---|---|
| Robert C. Harrison, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| The Vanguard Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Parties, by and through their undersigned counsel,  hereby advise the Court that the

above-captioned matter has been settled and respectfully request that the Court enter the

appropriate sixty (60) day settlement order, pending consummation of the settlement reached

fully resolving this matter.

| | |
|---|---|
| S/Benjamin A. Johnson | s/ Edward R. Cole |
| Benjamin A. Johnson, Fed. I.D. # 2186 | Edward R. Cole  (Fed. I.D. #: 204) |
| Robinson, Bradshaw & Hinson, P.A. | P.O. Box 2116 |
| 140 East Main Street, Suite 420 | Myrtle Beach, South Carolina 29578 |
| P.O. Drawer 12070 | Ph: (843) 213-5505 |
| Rock Hill, South Carolina 29731 | Fax: (843) 213-555 |
| Tel: (803) 325-2910 | Email: ecole@turnerpadget.com |
| Fax: (803) 325-2929 | Attorney for Plaintiff |
| bjohnson@rbh.com | |

June 4, 2012